MOTION INFORMATION STATEMENT

Docket Number(s): 17-2813

Caption [use short title]

Motion for: (i) Assignment of Petition for Interlocutory Appeal to the September 26, 2017 Motions Calendar and (ii) Expedited Consideration of the Petition.

Set forth below precise, complete statement of relief sought:

Scotts' respectfully requests that its Petition for Interlocutory Appeal be assigned to the September 26, 2017 motions calendar, and consideration of the Petition be expedited. Scotts seeks this assignment and relief to ensure that, if permission to appeal is granted, the appeal may, in the interests of justice and judicial economy, be consolidated or coordinated with the appeals pending in Belfiore, et al., 17-1856, 17-1858, and 17-1861 (2d Cir.).

**In re Scotts EZ Seed Litigation**

MOVING PARTY: The Scotts Company LLC, and The Scotts Miracle-Gro Company, Inc.
OPPOSING PARTY: Michael Arcuri, et al.

[ ] Plaintiff [ ] Defendant
[✓] Appellant/Petitioner [ ] Appellee/Respondent

MOVING ATTORNEY: Shawn Patrick Regan
OPPOSING ATTORNEY: Scott A. Bursor

[name of attorney, with firm, address, phone number and e-mail]

Hunton & Williams LLP
200 Park Ave., 52nd Floor, New York, NY 10166
sregan@hunton.com; (212) 309-1000

Bursor & Fisher, P.A.
888 Seventh Avenue, New York, NY 10019
scott@bursor.com; (212) 989-9113

Court- Judge/ Agency appealed from: Hon. Vincent L. Briccetti, United States District Court for the Southern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[✓] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[✓] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [✓] No [ ] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [✓] No
Has this relief been previously sought in this court? [ ] Yes [✓] No
Requested return date and explanation of emergency: September 19, 2017.

To facilitate the underlying Petition being assigned to a panel sitting on September 26, 2017 and expedited consideration of the Petition for the reasons set forth above, it is prudent for this motion to be returnable in advance of that date.

Is oral argument on motion requested? [✓] Yes [ ] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✓] No If yes, enter date: _____

Signature of Moving Attorney: _____ Date: 9/11/17 Service by: [ ] CM/ECF [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 17-2813

## United States Court of Appeals

*for the*

### Second Circuit

IN RE SCOTTS EZ SEED LITIGATION

ON PETITION FOR PERMISSION TO APPEAL FROM THE
ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF NEW YORK, IN CASE NO. 12-CV-04727 (BRICCETTI, J.)

**THE SCOTTS MIRACLE-GRO COMPANY, INC. AND THE SCOTTS COMPANY LLC'S MOTION FOR ASSIGNMENT OF PETITION FOR INTERLOCUTORY APPEAL TO THE SEPTEMBER 26, 2017 MOTIONS CALENDAR AND FOR EXPEDITED CONSIDERATION OF THE PETITION.**

SHAWN PATRICK REGAN
JOSHUA S. PASTER
HUNTON & WILLIAMS LLP
200 Park Avenue, 52nd Floor
New York, New York 10166
(212) 309-1000

- and -

SAMUEL A. DANON
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
(305) 810-2500

*Attorneys for Defendants-Petitioners
The Scotts Miracle-Gro Company, Inc.
and The Scotts Company LLC*

Petitioners The Scotts Company LLC, and The Scotts Miracle-Gro Company, Inc. ("Scotts" or "Petitioner") respectfully requests the Court (i) assign Scotts' Petition for Interlocutory Appeal in Case No. 17-2813 to a motions calendar for September 26, 2017, and (ii) expedite consideration of the Petition.

Scotts' Petition raises an important question concerning proper application of *Shady Grove Orthopedic Assocs., P.A. v. Allstate Ins. Co.*, 559 U.S. 393 (2010), specifically whether statutory damages are an available remedy in a federal court class action based on New York General Business Law §§ 349 and 350. This question of law was expressly carved out in *Shady Grove*, 559 U.S. at 401, and is relevant to—though not squarely presented in—another matter in which this Court very recently accepted an interlocutory appeal and briefing is about to commence. *Belfiore et al.*, Case Nos. 17-1031, 17-1856, 17-1858, 17-1861 (2d Cir.).

*Belfiore* is a Rule 23(f) appeal, in which defendants argue an award of class-wide statutory damages based on claims under § 349 would result in "exorbitant" exposure, far disproportionate to actual harm (17-1031 Pet. at 21). Judge Weinstein was vexed by the same concerns, 311 F.R.D. 29, 73 (E.D.N.Y. 2015), but found he was "bound" by *Shady Grove* to certify a class and recommended a 23(f) appeal. 2017 WL 1155398, at *2, *11-12, *62 (E.D.N.Y. Mar. 27, 2017). In *In re Scotts EZ Seed Litigation* below, Judge Briccetti similarly observed that the potential liability seemed "outlandish" (Pet. Ex. H at 22:4-23:16, Dkt. 1), found he

1

was "constrained" by *Shady Grove* to allow Plaintiffs to seek statutory damages under §§ 349 and 350 (Pet. Ex. A at 12), and certified an interlocutory appeal of this question of law (Pet. Ex. B). While *Belfiore* and this case trigger similar concerns, they arise in distinct procedural postures and *Belfiore* does not appear to present the Court with an opportunity to consider fully the core question of law presented by Scotts' Petition here.

The undersigned counsel believes it likely will further judicial economy and the efficient administration of justice for briefing of this appeal to be completed proximate to the briefing in *Belfiore*, so as to facilitate consideration of the appeals by the same panel or at least in the context of one another. Opening briefs in *Belfiore* are due September 27 (17-1856, Dkt. #51); Appellees' briefs are expected to be filed in late December.

To facilitate such coordination, Scotts is prepared to file its substantive opening brief within 21 days of this Court granting the petition for interlocutory appeal.

Accordingly, Scotts respectfully requests the Court assign the Petition to a motions calendar on September 26, 2017 and expedite consideration of the Petition.

Dated: September 11, 2017
New York, New York

Respectfully submitted,

/s/ Shawn Patrick Regan
Shawn Patrick Regan
Joshua S. Paster
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100
Email: sregan@hunton.com
Email: jpaster@hunton.com

- and -

Samuel A. Danon
HUNTON & WILLIAMS LLP
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: sdanon@hunton.com

*Counsel for Petitioners The Scotts Miracle-Gro Company and The Scotts Company LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I caused copies of Scotts' Motion for Assignment of Petition for Interlocutory Appeal to the September 26, 2017 Motions Calendar and for Expedited Consideration of the Petition, to be served upon the following counsel via ECF and electronic mail:

    Scott A. Bursor, Esq.
    Joseph L. Marchese, Esq.
    Neal Deckant, Esq.
    Joseph Ignatius Marchese, Esq.
    Yitzchak Kopel, Esq.
    Bursor & Fisher, P.A.
    888 Seventh Avenue
    New York, NY 10019
    Telephone: (212) 989-9113
    Facsimile: (212) 989-9163
    Email: scott@bursor.com
           jmarchese@bursor.com
           ndeckant@bursor.com
           ykopel@bursor.com

    Nadeem Faruqi, Esq.
    Faruqi & Faruqi, LLP
    685 Third Avenue, 26th Floor
    New York, NY 10017
    Telephone: (212) 983-9330
    Fax: (212) 983-9331
    Email: nfaruqi@faruqilaw.com

Timothy Peter, Esq.
Faruqi & Faruqi, LLP
101 Greenwood Avenue, Suite 600
Jenkintown, PA 19046
Telephone: (215) 277-5770
Fax: (215) 277-5771
Email:   tpeter@faruqilaw.com

Antonio Vozzolo, Esq.
Vozzolo LLC
Email: avozzolo@vozzolo.com

                                                BY: /s/ *Shawn Patrick Regan*

54936.030018 EMF_US 66634471v1